GARY J. LORCH (State Bar No. 119989)
Email: glorch@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
CREDIT BUREAU COLLECTION SERVICES, INC.

**JS-6**

RYAN LEE (State Bar No. 235879)
Email: rlee@consumerlawcenter.com
KROHN & MOSS, LTD.
10474 Santa Monica Boulevard, Suite 401
Los Angeles, CA 90025
Telephone: (323) 988-2400
Facsimile: (866) 861-1390

Attorneys for Plaintiff SHANNON PAGANO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON PAGANO,<br><br>        Plaintiff,<br><br>  vs.<br><br>CBCS,<br><br>        Defendant. | Case No. SA CV 10-00164 CJC (ANx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1  Based upon the stipulation entered into by and between Plaintiff SHANNON
2  PAGANO and Defendant CREDIT BUREAU COLLECTION SERVICES, INC.,
3  by and through their respective attorneys of record,
4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-
5  captioned action be and hereby is dismissed with prejudice pursuant to Federal
6  Rule of Civil Procedure 41(a)(1).

9  Dated: June 16, 2010_  _____
   UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA  90071

CG/1062408/8054179v.1

-2-
**ORDER OF DISMISSAL WITH PREJUDICE**
**CASE NO. SA CV 10-00164-CJC (ANx)**